UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FLOYD L. SEMONS,
                Plaintiff,
v.
J. TAULBUT, R. FRYE,                    CASE NO. 22-CV-594
And KAYLA, Defendant,

## Motion To Amend Complaint

I'm Plaintiff Floyd Semons pro se file Motion To Amend Complaint Civil Procedure 15 Explained and Rule 15 Federal Rule of civil Procedure as Followings;

### Amend Complaint

I. Plaintiff Respectfully Require the two Maintence Defendants Be Add with following support, due to Court Error mistake Documents, and Complaint. There were Affidavits Exhibit 004 reply on The court enlighten.

II. Defendant Taulbut informed HSU staff March, 30, 2022 @ John Doe Maintence staff Place "Paint over" Wet Plaster which cause Multiple wholes in the walls as Damage wall Cause Repeadly Crumbling Plaster to fall into the Living Area, Bed Area of the Cell. So HSU didn't Charge me Co-Pay $7.50 due to indication.

III. Defendant Taulbut already Place a work order end Before Plaintiff were assigned to cell 8 on Unit 10 at Dodge Correctional Institution. Meaning Befor March, 28 when Plaintiff was arsigned, meaning Defendant Vicarious Liability as Both Maintence workers knew were aware of Dengerous Condition which Maintence Have a Duty to keep the Environment safe. The Eighth amendment is violated Even if a Plaintiff Face denger without Receive injuries.

IV. Defendant R. Frye is the ~~Supervisor~~ Supervisor of Maintence The one who Receive Officers work orders From units at DCI. He is Liability under violating Plaintiff Eighth amendment by Being aware of incident Before it Even took Place. C.O Taulbot Place CordBoard over the Bottom Bunk Area against the Cell Bunk in walls due to the Top and Bottom Bunk are connected to the walls, Also due to Taulbot were trying to Help the Crumbling Plaster from Reaching the Bottom Bunk Bed area at a Point Before Plaintiff was assigned to Cell 8.

V. Kayla Maintence worker are to fix the wall or Any Damage if reported to R. Frye. On April, 1, 2022 ~~&~~ John Doe Maintence worker I Believen it were Defendant R. Frye Acknowledge the walls From the Cell door. In didnt seen Kayla to Fix it until April, 13, 2022. Kayla also informed witness Exhibit 004 Daishawn inmate another Maintence worker Place ~~Based~~ Paint over Wet Plaster in Cell 8 as He wasnt getting assigned to that Cell 8 under Her supervisor vision. Respectfully I dont Believen she ~~did~~ Liability under any Eighth amendment Claim. I agree with Honorable Magistrate Judge William to dismiss This Defendant, Require Maintence R. Frye to Stand Trial under violating Plaintiff Eighth amendment Claim against Him.

V. Defendant Maintence R. Frye where aware of a injury may take Place By Knowing of Crumbling Plaster in someone that work For Him Place Paint over wet Plaster Causing serious Damage To the Cell walls. There For the Eighth amendment Deliberate indifferent Claim shall Be granted against
2 of 3                                                        — R. Frye.

Attachment Page 3 3 of 3
Motion to Amend Complaint.
Damage To Walls.    Sign/ Sencett Floyd
Date 8-24-2022

VI. The Damage Require Multiple whole in the Walls. There are 4 Connected walls in each cell. The Wall Towards the Rear of a Cell Had Multiple wholes with Crumbling Plaster ~~Reep~~ Repeadly Falling on to the Bunk Area were inmates Have to Sleep. which is Connected To the Bunks. The Damage that Wall Had along were 9-10 wholes and the walls going Down the Whole Wall against the Top Bunk in Bottom Bunk area. Wholes as 2-3 ~~each~~ inches Some Even 4-6 inches Multiple Little wholes Like 30 or more Very Little Wholes as well Surrounding the Bigger wholes with Plaster Falling.

VII. The Wall To your Left which will Be Cell 8 Left Hand Side wall which Have the Bunks ~~also~~ also Connected The wholes were 2-3 inches Even By The Wall Towards the Cell Door Left Hand Side thats Not Connected to the Bunk Area Had Bigger wholes 4-6 inches with Multiple wholes around them wholes. You Can tell By Acknowledging them. The Paint were Wet when Some one Plaint it on the walls due to Lines were going throw the walls in some Parts That ~~looked~~ Looked another whole in the wall were Coming ~~back~~. The Plaster Fall on Plaintiff face more then Once in feet. Connecting with Plaintiff eyes. Medical Records show Exhibit 011 Plaintiff right Eye Have 20/20 vision the injury Eye Left Have 20/30 vision with Corneal abrasion with days of Eye Treatment For infection medicated Prescribed For days 4-5 Suffering. Serious Damage For Life.
Address Response Floyd Semons, #581602 GBCI TO; Clerk and
P.O. Box 19033, Green Bay, WI 54307    Magistrate Judge
                                         And Defendant Atty.
3 of 3