UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FLOYD L. SEMONS, Plaintiff,

CASE NO. 22-CV-0594

V,

JAMES TAULBUT, Defendant,

## PLAINTIFF MOTION ASKING COURT FOR PERMISSION TO AMEND COMPLAINT

PLAINTIFF FLOYD L. SEMONS pro se file Federal Rule of Civil Procedure 15 seeking Permission to amend Complaint "only" if Honorable Magistrate Judge William E. Duffin review factual allegations, Exhibit that require the "Amend Complaint", to enlighten is the requirement "Appropriate", as Followings.

I. Defendant James Taulbut enlighten and discovery Interrogatories second set NO. 7 see Attachment

2. Taulbut indicated ~~wbe~~ He received "No training" on "Cell Inspection DOC Code 1455 on Page 3 NO. 7

3. And Third Admission Attachment NO. 17 Taulbut "Clarify" Denies having training regarding "medical Procedures".

4. Admission NO. 4 Taulbut indicate Lt. Hoffman Could Have came on unit 10

5. Taulbut was informed By Lt. Hoffman 3/30/2022 To write an incident Report "after Taulbut informed Just Him Plaintiff were injury By issue of loose Plaster in cell 8.

1 of 4

6. See Attachment incident Report Lt. Hoffman informed Taulbut As His "Supervisor" to write and fix I/R

7. Taulbut Lack Knowledge to Supervisor Lt. Hoffman "roll" in issue No. 12 and No. 11 Attached Admission response.

8. Taulbut Clarify He Lack Training due to "No training" of issues Lt. Hoffman is the Supervisor of DCI. of unit 10 when issue Happen.

## Arguement Factual Lt. Hoffman

1. Lt. Hoffman were an Defendant in Case No 13-CU-00612 -Pab-MJW violated Eighth amendment Claim Alexis V. Lt. Hoffman.

2. Granting Summary Judgment Lt. Hoffman deny Plaintiff a Bottom Bunk which were Prescribed By Plaintiff Physican Dr. Fauvel. Decision 8-26-2015 this Defendant Taulbut Supervisor Lt. Hoffman

3. display "History" of ignoring, denying issue of Placement. Have a "History" of ignoring, denying issue of Placement.

4. Lt. Hoffman Job is to "Train staff" under His Supervision which He fail to due 03/30/2022

5. Lt. Hoffman Never came to unit 10 Cell 8 after "Notary" of Plaintiff injury 03/30/2022 which is required to due.

6. Lt. Hoffman failure to follow Policy to take Pictures of wall after a inmate was injury which is required if an inmate is Buttary by another or injury By state "Property".

7. Lt. Hoffman failure to train Taulbut relied on Supervisor Claim against Lt. Hoffman in violating Eighth amendment Claim against Taulbut

Plaintiff Pray the Magistrate Judge

1. Review Claim to determine rather Plaintiff shall file amend Complaint allegation

2. Adding Taulbot original Complaint allegation against Him with Exhibits, And Add Defendant Lt. Hoffman responsible under Supervision Claim against Lt. Hoffman.

3. failure to Train, failure to Act, Appropriately, failure to response to incident. failure to review incident.

4. Taulbot narrow Lack of training in Lt. Hoffman Never responding Appropriately. as His supervisor.

5. Honorable William if you feel I've a Claim against Both Defendants grant Plaintiff Permission to file Amend Complaint Befor March, 31, 2023 or April 4, 2023 what the Same deadlines against original Defendant Taulbot. No Discovery, necessary Taulbot clarify failure. Plus with Plaintiff Have the supervisor training Rules for DOC Summary Judgment could be narrowed against Lt. Hoffman.

Plaintiff Pray Defendant Attorneys

1. Respond to this require in 21 days to Allegation Defendant already Admitted too.

2. Please enlighten the Cant the Attachment Exhibits or Sign By Defendant in Attorneys Clarify Lt. Hoffman failure so No dispute futurely Added.

3 of 4

Plaintiff seek Permission to
Amend Complaint or New Attorney
file Amend Complaint.

1. Plaintiff wrote three Law firms

2. One Jeff Scottolson Law firm S.C
131 West Wilson Street, suite 1200
Madison, WI, 53703

3. Give Plaintiff advise to Add supervior
Lt. Hoffman, indicate He might a take
over the case after we talk again.

4. Plaintiff pray for a grant structure
to mouant Party or Lawyer most file
By Court Deadline as Amend complaint
or keep original deadlines.

5. The Plaintiff are New Lawyer will
file the whole complaint over to
Add another Defendant Taulbut and
Lt. Hoffman.

6. Enlighten Plaintiff may Have to
file motion to Compel. Defendant from
Attorneys not giving work order asked.
12/20/2021 in other questes in other Documents on Logs of why
movements Happen in DOC codes.
That will Narrow Eighth amendment
violated. Semons Here in DCI.

Sign/Seneest Hupd Date 02/08/2023