UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FLOYD L. SEMONS, Plaintiff,

V.   CASE NO. 22-CV-0594

John Doe, J. Taulbut,
R. Frye, Defendant's

## PLAINTIFF's Motion to Leave Amend Complaint

Plaintiff Floyd L. Semons pro se file an amended complaint require asking the court Permission to amend complaint under Civil L. Rule 15, as followings;

Honorable William E. Duffin dismiss Defendant R. Frye Maintenance Staff 10/17/2022 due to an false statement within the inmate complaint That R. Frye wasn't aware of cell condition until after Plaintiff were injury. in R. Frye receive workorder 03/31/2022.

Discovery in Plaintiff complaint state Taulbut Place a workorder end Before 3/31/22 The Fact is 12/20/21 Honorable William Shouldn't took that as true. R. Frye is the supervisor in can order approval of movement of inmate as Taulbut. He card also Place a Held on that cell to stop. Substained Risk to Health and safety to New inmates.

Therefore a Eighth amendment Claim of Deliberate indifference is Liability under R. Frye Supervisor Liability Claim.

Discovery Evidence display an uncompleted work orders

TAUIBUT Place ~~todo~~ 12/20/21 due to an inmate were injury By Plaster Crumbling in Cell 8 on Unit 10.

TAUIBUT Place another workorder end For Plaintiff injury By Plaster crumbling in cell 8 on unit 10 03/31/22 The DCI ~~[illegible]~~ Lied to cover up Maintenance staff didn't ~~repair~~ repaired accordingly in ICE-DCI-2022-5386 The Judge William though that statement were true, it was false.

Plaintiff require "John Doe Staff" member Eighth amendment Claim of Deliberate indifferent of Staff member who assign Plaintiff to cell 8 March, 28, 2022 after Documentation Log in The DOC Computer of issue of cell condition. The failure to Maintenance staff R. Frye for Not Placing a Held on cell 8 as well. These Three Defendant Played a Roll in violation Constitution Rights of Plaintiff.

S/Leroy Hepp    Date 03/12/2023