# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FLOYD L. SEMONS**,

    Plaintiff,

v.                                                             Case No. 22-CV-594

**JAMES TAULBUT,**

    Defendant.

## ORDER

On September 11, 2023, the court granted defendant James Taulbut's motion for summary judgment and denied *pro se* plaintiff Floyd L. Semons's motion for summary judgment and dismissed the case. (ECF NO. 114.) On September 27, 2023, Semons filed a motion requesting the court reconsider its summary judgment decision. (ECF No. 116.) Semons asserts that the Clerk of Court failed to properly attach his brief (ECF No. 52), his statement of fact (ECF No. 53), and his declaration (ECF No. 54) to his summary judgment motion (ECF No. 51.) As such, he states the court was unable to consider these materials in deciding the motion.

The court assures Semons that all three of these documents were heavily reviewed and considered when resolving the summary judgment motion. There is nothing unusual in the way the supporting documents were docketed and the material was available to the court and the opposing party. Because the court was

able to (and did) consider these materials when deciding the motion, Semons's motion for reconsideration (ECF No. 116) is **DENIED**.

Dated in Milwaukee, Wisconsin this 13th day of October, 2023.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge