# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FLOYD L. SEMONS,**

      **Plaintiff,**

v.                                                 **Case No. 22-CV-594**

**JAMES TAULBUT,**

      **Defendant.**

## ORDER

On February 5, 2024, *pro se* plaintiff filed his third and fourth motion for relief from judgment from the court's September 11, 2023, order granting summary judgment in the defendant's favor. (ECF Nos. 143, 144.) The court, when considering Semons's second motion for relief from judgment, informed Semons that it would deny any further motions for relief from judgment without further comment. (ECF No. 140.) Semons is once again taking issue with how the court reviewed the evidence. His motions for reconsideration are denied.

Semons also once again moves to proceed without prepaying the appellate filing fee and without providing a certified trust account statement for the six months preceding the filing of his notice of appeal. (ECF No. 142.) The court explained in its December 22, 2023, order that the court cannot grant his motion to proceed without prepayment of the filing fee without first considering his trust account statement. (ECF No. 140.) The court warned Semons that, if he did not provide the trust account

statement by January 12, 2024, it would deny his motion to proceed without prepaying the appellate filing fee. Semons has had many chances to provide this information and has failed to do so. His motions to proceed without prepaying the appellate filing fee (ECF No. 129) are denied.

**IT IS THEREFORE ORDERED** that Semons's motions for reconsideration (ECF No. 143, 144) are **DENIED**.

**IT IS FURTHER ORDERED** that Semons's motions for leave to proceed without prepaying the appellate fee (ECF Nos. 129, 142) are **DENIED**.

Dated at Milwaukee, Wisconsin this 5th day of March, 2024.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge