# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FLOYD L. SEMONS**,

      Plaintiff,

  **v.**                            **Case No. 22-CV-594**

**JAMES TAULBUT,**

      Defendant.

## ORDER

On September 11, 2023, the court granted defendant James Taulbut's motion for summary judgment and denied *pro se* plaintiff Floyd L. Semons's motion for summary judgment and dismissed the case. (ECF No. 114.) On December 7, 2023, Semons filed a motion to proceed without prepaying the appellate filing fee even though he did not provide a trust account statement. (ECF No. 136.) On December 22, 2023, the court denied Semons's motion to proceed without prepayment of the appellate filing fee without providing a trust account statement and gave him until January 12, 2024, to provide a certified copy of his trust account statement. (ECF No. 140.) The court warned Semons that failure to provide a trust account statement would result in the court denying his motion to proceed without prepayment of the filing fee.

On January 11, 2024, instead of providing a copy of his trust account statement, Semons again moved for leave to proceed without prepayment of the appellate filing fee. (ECF No. 142.) On March 5, 2024, the court denied that motion and denied Semons's motion for leave to proceed without prepayment of the appellate filing fee. (ECF No. 145.)

On May 2, 2024, the Seventh Circuit Court of Appeals dismissed the case for failure to pay the appellate filing fee. (ECF No. 146.) That same day, in conjunction with the dismissal, the clerk of court for this court sent an appellate fee collection letter indicating that payments will be collected from Semons's trust account "in an amount equal to 20% of the preceding month's income credited to the prisoner's account" to collect the $505.00 appellate filing fee. (ECF No. 147.)

On July 3, 2024, the Seventh Circuit vacated the dismissal of Semons's appeal because Semons filed a motion to proceed without prepayment of the filing fee in the Seventh Circuit, which the Seventh Circuit construed "as an implied request to recall the mandate." (ECF No. 148.) On October 11, 2024, the Seventh Circuit gave Semons until October 28, 2024, to pay the appellate filing fees or else they would dismiss the case. (ECF No. 150.)

On October 31, 2024, Semons filed a motion requesting that this court stop collecting the appellate filing fee pursuant to the clerk of court's May 2, 2024, letter because the dismissal was vacated. (ECF No. 151.) Semons states that the Pro Se Cover Letter regarding his Notice of Appeal, sent on September 29, 2023, "indicated if Mr. Semons didn't provide his six-month account he wouldn't get charged any filing

2

fee for appeal." (*Id.* at 1.) The court issued an order denying the motion for lack of jurisdiction. (ECF No. 152.) The court noted that the September 29 letter did not state that Semons would not get charged the filing fee. (ECF No. 120.) Instead, it simply instructed him to submit his trust account statement within 21 days of the date of the letter. (*Id.*)

On November 26, 2024, the Seventh Circuit again dismissed the appeal for failure to pay the docketing fee. (ECF No. 153). The clerk for this court sent another collection letter to Semons indicating that payments will be collected from Semons's trust account "in an amount equal to 20% of the preceding month's income credited to the prisoner's account" to collect the $505.00 appellate filing fee. (ECF No. 154.)

Starting in April 2026, Semons has filed several motions regarding the collection of the filing fee and requesting the filing fee be refunded. (ECF Nos. 156-159, 161.) The court cannot reconsider any mandate, dismiss the appeal, and/or authorize the refund of a filing fee paid to the Seventh Circuit as it does not have the jurisdiction or authority to do so. This court merely serves an administrative role in collecting the fee. Semons needs to file these motions with the Seventh Circuit. The court can confirm that it received the full filing fee on May 6, 2026, as reflected on the docket. (ECF No. 160.) The court has no record of Semons paying the fee twice. Any additional motions regarding the appellate filing fee with be dismissed without further comment.

**IT IS THEREFORE ORDERED** that Semons's motions regarding the collection of appellate filing fee (ECF Nos. 156-159, 161) are **DENIED**.

Dated in Milwaukee, Wisconsin this 8th day of July, 2026.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge

4